MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
molly.lane@morganlewis.com

Attorneys for Defendant
Philips RS North America LLC

SULLIVAN & CROMWELL LLP
Michael H. Steinberg, Bar No. 134179
1888 Century Park East
Los Angeles, CA 90067-1725
Telephone: +1.310.712.6670
Facsimile: +1.310.712.8800
steinbergm@sullcrom.com

Attorneys for Defendant
Philips North America LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIE ZAAROUR, and ROULA ZAAROUR,<br><br>Plaintiffs,<br><br>vs.<br><br>KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, PHILIPS RS NORTH AMERICA LLC, SUPERCARE HEALTH, INC., and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 2:22-cv-03686-MRW<br><br>*Assigned to the Honorable Magistrate Judge Michael R. Wilner*<br><br>**NOTICE OF UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL 3014**<br><br>[*Filed concurrently with Memorandum in Support of Defendants' Unopposed Motion; Exhibits; Proposed Order*]<br><br>Date: July 27, 2022<br>Time: 9:30 am<br>Place: Courtroom 550, 5th Floor |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2  **RECORD:**

3  Please take notice that on July 27, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard by the Court, Defendants Philips RS North America LLC and Philips North America LLC (collectively, "Defendants"),[1] respectfully will and hereby does move the Court to stay all proceedings in this action, including the filing of answers, motions to dismiss, and other responsive pleadings by all parties, until this matter is transferred to the multidistrict litigation currently pending before Judge Conti in the Western District of Pennsylvania, *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation*, Case No. 2:21-mc-01230 (W.D. Pa.) (JFC) (the "MDL"). In support, Defendants rely on the attached memorandum of law.

This motion is based on this Notice of Motion and Motion; on the accompanying memorandum of points and authorities; on the exhibits filed in support of this Motion.

This motion is unopposed.

---

[1] As of the filing of this Notice, Koninklijke Philips N.V. has not been served with the Complaint in this action.

|   |   |
|---|---|
| John P. Lavelle, Jr.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Telephone:  +1.215.963.5000<br>Facsimile:   +1.215.963.5001<br>john.lavelle@morganlewis.com<br><br>*Of Counsel for Defendant Philips RS North America LLC*<br><br>William B. Monahan<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY  10004-2498<br>Telephone:  +1.212.558.7375<br>Facsimile:   +1.212.558.3588<br>monahanw@sullcrom.com<br><br>*Of Counsel for Defendant Philips North America LLC*<br><br>Dated:  June 7, 2022 | **Respectfully submitted,**<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>By */s/ Molly Moriarty Lane*<br>Molly Moriarty Lane<br><br>*Attorneys for Defendant<br>Philips RS North America LLC*<br><br>**SULLIVAN & CROMWELL LLP**<br><br>By */s/ Michael H. Steinberg*<br>Michael H. Steinberg<br><br>*Attorneys for Defendant<br>Philips North America LLC* |

# **CERTIFICATE OF SERVICE**

I certify that on June 7, 2022, I filed this Defendants' Notice of Unopposed Motion To Stay Proceedings Pending Transfer To MDL No. 3014 with the Clerk of the Court by using CM/ECF system, which will send notice of electronic filing to:

George W. Ellard
Rains Lucia Stern St. Phalle & Silver, PC
2300 Contra Cosa Boulevard, Suite 500
Pleasant Hill, CA 94523
Telephone:  +1.925.609.1699
Facsimile:   +1.925.609.1690
PersonalInjuryGroup@RLSlawyers.com

*Counsel for Plaintiff*

                                            */s/ Molly Moriarty Lane*
                                            Molly Moriarty Lane